IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUE ANN LULLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:13-cv-495-TFM |
| ) | [wo] |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court is Plaintiff's *Application for Attorney Fees Under the Equal Access to Justice Act* (Doc. 21, filed 6/15/15) wherein Plaintiff seeks $3,653.14 in attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In response, the Commissioner filed a *Response to Plaintiff's Motion for Fees* (Doc. 23, filed 6/29/15), wherein it is stated the Commissioner does not object to an award to Plaintiff in the amount of $3,653.14 as attorney fees under the Equal Access to Justice Act and that these fees are to be paid to Plaintiff subject to offset.[1]

Accordingly, upon consideration of the application (Doc. 21) and the response (Doc. 23), and for good cause, it is

---

[1] Indeed, 28 U.S.C.§ 2412(d)(1)(A) authorizes the court to award fees to the prevailing party. *See Reeves v. Astrue,* 526 F. 3d 732, 738 (11th Cir. 2008)("attorney's fees are awarded to the prevailing party, not to the prevailing party's attorney.")

ORDERED that the application for attorney's fees (Doc. 21) be and hereby is GRANTED to the extent that the plaintiff be and is hereby AWARDED fees in the amount of $3,653.14.

DONE this 30th day of June, 2015.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE